
Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
**MAUPIN NAYLOR BRASTER**
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702)420-7001
Email: jbraster@naylorandbrasterlaw.com

*Attorneys for Plaintiff, Edward Wheeler*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD WHEELER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, a Nevada Municipal Corporation; HENDERSON POLICE DEPARTMENT, in its official capacity; CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; and NORTH LAS VEGAS POLICE DEPARTMENT, in its official capacity,<br><br>Defendants. | Case. No.: 2:15-cv-01772-JCM-CWH<br><br>**STIPULATION AND PROPOSED ORDER** |

COME NOW, the parties, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed his Amended Complaint on December 11, 2015 (Dckt. # 5). Defendant City of Henderson filed a motion to dismiss on January 5, 2016 (Dckt. #17).

1

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff had until January 22, 2016, to file a response to the motion to dismiss. Plaintiff and the Defendant City of Henderson stipulated that Plaintiff's response to the Motion to Dismiss be due on Friday, February 5, 2016.

2.      Plaintiff and Defendants the City of North las Vegas and the North Las Vegas Police Department ("North Las Vegas Defendants") stipulated that the North Las Vegas Defendants' response to the Amended Complaint would be due on Wednesday, February 3, 2016. (Dckt. #20).

3.      Pursuant to Local Rule 26-1(d), the deadline for Plaintiff to initiate the scheduling of Fed. R. Civ. P. 26(f) conference is February 4, 2016.

4.      In light of the facts set forth above, to promote judicial efficiency, to avoid the incurrence of unnecessary attorneys' fees and costs, to narrow the focus of any motions to dismiss, and to synchronize the deadlines for all defendants in this case,

   a.      Plaintiff shall file a Motion to Amend and proposed Second Amended Complaint on or before February 8, 2016 (to the extent the parties cannot reach a stipulation to amend);

   b.      Discovery shall be stayed until any and all briefing is completed on Plaintiff's motion to amend and/or on any motions to dismiss; and,

   c.      ~~Plaintiff shall initiate the Fed. R. Civ. P. 26(f) conference with all defendants within thirty (30) days of the date the briefing is complete on Plaintiff's motion to amend and/or on any motions to dismiss.~~

5.      In light of Plaintiff's anticipated Second Amended Complaint, North Las Vegas Defendants' response to Plaintiff's Amended Complaint will no longer be due February 3, 2016, but rather North Las Vegas Defendants will be required to respond to the Second Amended Complaint or Amended Complaint, to the extent the Court does not allow the filing of the Second Amended Complaint, in accordance with Fed. R. Civ. P. 15.

/ / /

/ / /

/ / /

DATED this 2nd day of February, 2016.   DATED this 2nd day of February, 2016.

CITY OF HENDERSON   MCLETCHIE SHELL LLC

/s/ Nancy D. Savage   /s/ Margaret A. McLetchie
Josh M. Reid, NBN 7497   Margaret A. McLetchie, NBN 10931
Nancy D. Savage, NBN 392   Alina M. Shell, NBN 11711
240 Water Street, MSC 144   701 East Bridger Ave., Suite 520
Henderson, NV 89015   Las Vegas, NV 89101
*Attorneys for Defendant, City of Henderson*

MAUPIN NAYLOR BRASTER
Jennifer L. Braster, NBN 9982
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145

*Attorneys for Plaintiff, Edward Wheeler*

DATED this 2nd day of February, 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
Robert W. Freeman, NBN 3062
Gregory S. Bean, NBN 12694
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants, City of North Las Vegas and North Las Vegas Police Department*

## ORDER

IT IS FURTHER ORDERED that the parties must file their stipulated discovery plan and scheduling order 14 days after briefing on the motion to dismiss is complete.

DATED: February 4, 2016

_____
U.S. MAGISTRATE JUDGE

3