Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@naylorandbrasterlaw.com

*Attorneys for Plaintiff, Edward Wheeler*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD WHEELER, an individual,<br><br>  Plaintiff,<br>  vs.<br><br>CITY OF HENDERSON, a Nevada Municipal Corporation; CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; and SERGEANT TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Sergeant,<br><br>  Defendants. | **Case. No.: 2:15-cv-01772-JCM-CWH**<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES SET FORTH IN SCHEDULING ORDER [ECF No. 56]**<br><br>**(Fourth Request)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case sixty (60) days, up to and including **Tuesday, August 7, 2018**. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended for

1

an additional sixty (60) days as outlined herein. In support of this Stipulation and Request, the parties state as follows:

**DISCOVERY COMPLETED TO DATE**

1. On September 15, 2015, this action was commenced by Plaintiff Edward Wheeler filing of this Complaint and Jury Demand (ECF No. 1).

2. On December 11, 2015 Plaintiff Edward Wheeler filed his Amended Complaint (ECF No. 5).

3. On January 5, 2016, Defendant City of Henderson filed its Motion to Dismiss Amended Complaint (ECF No. 17).

4. On August 1, 2016, Plaintiff Edward Wheeler filed his Second Amended Complaint (ECF No. 25).

5. On December 21, 2016, Plaintiff Edward Wheeler filed his Third Amended Complaint (ECF No. 30).

6. On January 10, 2017, Defendant City of Henderson filed its Motion to Dismiss Third Amended Complaint (ECF No. 34).

7. On January 18, 2017, Defendants City of North Las Vegas and Sergeant Travis Snyder filed their Answer to Third Amended Complaint and Demand for Jury Trial (ECF Nos. 35 and 37).

8. On March 10, 2017, Plaintiff Edward Wheeler propounded his First Set of Requests for Production of Documents to Defendant City of Henderson.

9. On March 10, 2017, Plaintiff Edward Wheeler propounded his First Set of Requests for Production of Documents to Defendant City of North Las Vegas.

10. On March 10, 2017, Plaintiff Edward Wheeler propounded his First Set of Interrogatories to Defendant City of Henderson.

11. On March 10, 2017, Plaintiff Edward Wheeler propounded his First Set of Interrogatories to Defendant City of North Las Vegas.

12. On March 14, 2017, the Stipulated Discovery Plan Discovery Plan and Scheduling Order was filed (ECF No. 46).

13. On March 14, 2017, Plaintiff Edward Wheeler propounded his Second Set of Interrogatories to Defendant City of Henderson.

14. On March 14, 2017, Plaintiff Edward Wheeler propounded his Second Set of Interrogatories to Defendant City of North Las Vegas.

15. On March 20, 2017, Defendants City of North Las Vegas and Sergeant Travis Snyder produced their Initial Disclosures of Production of Documents.

16. On March 21, 2017, Plaintiff Edward Wheeler produced his Initial Disclosures of Production of Documents.

17. On March 21, 2017, Defendant City of Henderson produced its Initial Disclosures of Production of Documents.

18. On April 10, 2017, Defendant City of Henderson responded to Plaintiff Edward Wheeler's First Set of Requests for Production of Documents.

19. On April 10, 2017, Defendant City of Henderson responded to Plaintiff Edward Wheeler's First Set of Interrogatories.

20. On April 13, 2017, Defendant City of Henderson responded to Plaintiff Edward Wheeler's Second Set of Interrogatories.

21. On April 13, 2017, Defendant City of Henderson produced its First Supplement to Initial Disclosures of Production of Documents.

22. On May 5, 2017, Defendant City of North Las Vegas responded to Plaintiff Edward Wheeler's First Set of Requests for Production of Documents.

23. On May 5, 2017, Defendant City of North Las Vegas responded to Plaintiff Edward Wheeler's First Set of Interrogatories.

24. On May 5, 2017, Defendant City of North Las Vegas responded to Plaintiff Edward Wheeler's Second Set of Interrogatories.

25. On June 5, 2017, Defendant City of North Las Vegas and Sergeant Travis Snyder produced their First Supplement to Initial Disclosures of Production of Documents.

26. On June 8, 2017, Defendant City of North Las Vegas propounded its First Set of Requests for Production of Documents to Plaintiff Edward Wheeler.

27. On June 8, 2017, Defendant City of North Las Vegas propounded its First Set of Interrogatories to Plaintiff Edward Wheeler.

28. On June 19, 2017, Plaintiff Edward Wheeler produced his First Supplement to Initial Disclosures of Production of Documents.

29. On July 28, 2017, this Court granted the parties' Stipulated Protective Order (ECF No. 52).

30. On August 3, 2018, Plaintiff Edward Wheeler responded to Defendant City of North Las Vegas's First Set of Requests for Production of Documents.

31. On August 3, 2018, Plaintiff Edward Wheeler responded to Defendant City of North Las Vegas's First Set of Interrogatories.

32. On September 22, 2017, Plaintiff Edward Wheeler propounded his Third Set of Interrogatories to Defendant City of North Las Vegas.

33. On September 22, 2017, Plaintiff Edward Wheeler propounded his Third Set of Interrogatories to Defendant City of Henderson.

34. On September 22, 2017, Plaintiff Edward Wheeler propounded his Second Set of Request for Production of Documents to Defendant City of North Las Vegas.

35. On September 22, 2017, Plaintiff Edward Wheeler propounded his First Set of Interrogatories to Defendant Sgt. Travis Snyder.

36. On September 22, 2017, Plaintiff Edward Wheeler propounded his First Set of Request for Production of Documents to Defendant Sgt. Travis Snyder.

37. On November 8, 2017, Defendant City of North Las Vegas responded to Plaintiff Edward Wheeler's Third Set of Interrogatories.

38. On November 8, 2017, Defendant Sgt. Travis Snyder responded to Plaintiff Edward Wheeler's First Set of Interrogatories.

39. On November 8, 2017, Defendant City of North Las Vegas responded to Plaintiff Edward Wheeler's Second Set of Requests for Production of Documents.

40. On November 8, 2017, Defendant Sgt. Travis Snyder responded to Plaintiff Edward Wheeler's First Set of Requests for Production of Documents.

41. On November 16, 2017, Defendant City of Henderson responded to Plaintiff Edward Wheeler's Third Set of Interrogatories.

42. On November 29, 2017, Defendants City of North Las Vegas and Sgt. Travis Snyder noticed the deposition of Plaintiff Edward Wheeler.

43. On January 9, 2018, Defendant City of Henderson produced its Second Supplement to Initial Disclosures of Production of Documents.

44. On January 23, 2018, Defendants took the deposition of Plaintiff Edward Wheeler.

45. The parties anticipate that additional written discovery will be necessary.

**DISCOVERY REMAINING**

1. The deposition of parties, Fed. R. Civ. P. 30(b)(6) witness(es), and any disclosed experts will be completed by the close of discovery.

3. Additional written discovery and responses.

4. Expert disclosures.

**REASONS WHY DISCOVERY WAS NOT COMPLETED**

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension.

The parties have recently stipulated to a Protective Order which was entered by the Court and will now provide documents subject to that order. Said documents will also be submitted for expert review. In addition, the parties are working on scheduling depositions.

Counsel for Plaintiff Edward Wheeler has an Opposition to a Motion to Stay due on March 21, 2018, in *Clark County Office of the Coroner/Medical Examiner v. Las Vegas-Review Journal*, Nev. S.Ct. Case No. 75095. Counsel also has supplemental briefing in a 42 U.S. § 1983 civil rights case in *Gayler v. High Desert State Prison et al.*, U.S. District Court Case 2:14-cv-00769-APG-CWH on March 29, 2018. Further, counsel also must respond to a memorandum regarding sealed documents in *U.S.A. v. Bundy et al.*, U.S. District Court Case No. 2:16-cr-00046-GMN-PAL on March 30, 2018.

On April 4, 2018, Counsel for Plaintiff has an Answering Brief in *J.D.H. et al. v.*

*Las Vegas Metropolitan Police Department et al.*, Ninth Circuit of Appeal Case No. 17-16512. Lastly, Counsel for Plaintiff and Defendants City of North Las Vegas and Sgt. Travis Snyder have responses to dispositive motions due in *Walker et al. v. City of North Las Vegas, et al.*, U.S. District Court Case 2:14-cv-01475-JAD-NJK on April 5, 2018.

Counsel for Defendants City of North Las Vegas has been occupied in multi-day depositions in *Spiotto v. LVMPD*, 2:17-cv-153-GMN-GWF. Further counsel for defendants is preparing for trial in *Kingham v. State Farm*, 2:15-cv-1555-APG-GWF and *Stephan v. State Farm*, CV16-1846, both trials set to begin on May 7, 2018.

Given counsel's time constraints and availability the time to complete discovery in this case has been telescoped. The parties are diligently working on the discovery in this case.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | Friday, June 8, 2018 | Tuesday, August 7, 2018 |
| Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | Monday, April 9, 2018 | Friday, June 8, 2018 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | Wednesday, May 9, 2018 | Monday, July 9, 2018 |
| Interim Status Report | Monday, April 9, 2018 | June 8, 2018 ~~Tuesday, August 7, 2018~~ |
| Dispositive Motions | Monday, July 9, 2018 | Thursday, September 6, or at least thirty (30) days after the close of discovery. |
| Joint Pretrial Order | Tuesday, August 7, 2018 | Monday, October 8, 2018, or at least thirty (30) days after the decision of last Dispositive Motions or further order of the Court. |

<u>Extension or Modification of The Discovery Plan and Scheduling Order.</u> LR 26-4 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration

6

of the subject deadline, and comply fully with LR 26-4. In this case, the current deadline for the expert disclosures is April 9, 2018, and thus this request is timely.

This extension request is made in good faith, jointly by the parties, and not for the purposes of delay. Trial in this matter has not yet been set. Moreover, since this request is a joint request, neither party will be prejudiced.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

This is the fourth request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension.

WHEREFORE, the parties respectfully request that this Court extend discovery deadlines in the above-captioned case sixty (60) days, up to and including **August 7, 2018** and the other discovery deadlines as outlined in accordance with the table above.

IT IS SO STIPULATED.

DATED this 19th day of March, 2018.  DATED this 19th day of March, 2018.

**CITY OF HENDERSON**  **MCLETCHIE SHELL LLC**

*/s/ Nancy D. Savage*  */s/ Alina M. Shell*
Josh M. Reid, NBN 7497  Margaret A. McLetchie, NBN 10931
Nancy D. Savage, NBN 392  Alina M. Shell, NBN 11711
240 Water Street, MSC 144  701 East Bridger Ave., Suite 520
Henderson, NV 89015  Las Vegas, NV 89101
*Attorneys for Defendant, City of Henderson*

**NAYLOR & BRASTER**
Jennifer L. Braster, NBN 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff, Edward Wheeler*

DATED this 19th day of March, 2018.

7

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Robert W. Freeman, Jr.*
Robert W. Freeman, Jr., NBN 3062
Noel E. Eidsmore, NBN 7688
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants, City of North Las Vegas and Sergeant Travis Snyder*

### ORDER

IT IS SO ORDERED, subject to the court's modification to the deadline for interim status reports.
DATED: March 20, 2018

_____
U.S. DISTRICT MAGISTRATE JUDGE