Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
MCLETCHIE LAW
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300

Jennifer L. Braster, NBN 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD WHEELER, an individual, | CASE NO. 2:15-cv-1772-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO STAY DISCOVERY PENDING THE OUTCOME OF PRIVATE MEDIATION** |
| vs. | |
| CITY OF HENDERSON, a Nevada Municipal Corporation; CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation, SERGEANT TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Officer, | |
| Defendants. | |

COME NOW, Plaintiff EDWARD WHEELER, Defendants CITY OF NORTH LAS VEGAS and SERGEANT TRAVIS SNYDER (collectively referred to as "the NLV Defendants") and Defendant CITY OF HENDERSON, (collectively referred to as "the COH Defendants") by and through their respective counsel or record and hereby stipulate and make joint application to stay discovery in this matter until such time as the parties conclude a mediation that the NLV Defendants and Plaintiff have agreed. The current discovery cutoff is December 4, 2018.

/ / /

ATTORNEYS AT LAW
701 EAST BRIDGER AVE, SUITE 520
LAS VEGAS, NV 89101
(702)728-5300 (T) ; (702)425-8220 (F)
WWW.NVLITIGATION.COM

1

Good cause exists to stay discovery in this matter. Specifically, P**laintiff and the NLV Defendants have scheduled a mediation for March 8, 2019**. The stay of discovery will allow the NLV Defendants and Plaintiff to explore the possibility of settlement through mediation without incurring the time and expense of ongoing discovery prior to the mediation.

Additionally, Plaintiff and Defendant the City of Henderson have reached a settlement, which just needs to be memorialized in writing.

Within thirty (30) days after completion of the mediation the NLV Defendants and Plaintiff will submit a Stipulation and Order reflecting resolution of some or all of the claims and/or advise the Court that the parties were unable to resolve the claims and will submit new discovery deadlines, including the discovery cutoff deadline (providing ample time to complete written discovery and depositions), deadline for filing dispositive motions and the deadline for filing the Joint Pretrial Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MCLETCHIE LAW
ATTORNEYS AT LAW
701 EAST BRIDGER AVE, SUITE 520
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

IT IS SO STIPULATED.

DATED this 29th day of November, 2018.    DATED this 29th day of November, 2018.

**CITY OF HENDERSON**    **MCLETCHIE LAW**

*/s/ Nancy D. Savage*    */s/ Margaret A. McLetchie*
Nicholas Vaskov, City Attorney    Margaret A. McLetchie, NBN 10931
Nancy D. Savage, NBN 392    Alina M. Shell, NBN 11711
240 Water Street, MSC 144    701 East Bridger Ave., Suite 520
Henderson, NV 89015    Las Vegas, NV 89101
*Attorneys for Defendant, City of Henderson*

    **NAYLOR & BRASTER**
    Jennifer L. Braster, NBN 9982
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

    *Attorneys for Plaintiff, Edward Wheeler*

DATED this 29th day of November, 2018.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Robert W. Freeman, Jr.*
Robert W. Freeman, Jr., NBN 3062
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants, City of North Las Vegas
and Sergeant Travis Snyder*

## ORDER

IT IS SO ORDERED.

DATED November 30, 2018

_____
U.S. DISTRICT MAGISTRATE JUDGE

MCLETCHIE LAW
ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM