UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| EDWARD WHEELER, | Case No. 2:15-CV-1772 JCM (CWH) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CITY OF HENDERSON, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Wheeler v. Henderson Police Department et al*, case no. 2:15-cv-01772-JCM-CWH.

On July 15, 2019, plaintiff Edward Wheeler ("plaintiff") and defendant City of Henderson ("Henderson") filed a joint motion to dismiss plaintiff's claims against Henderson pursuant to LR 7-1(c). (ECF No. 77). The motion indicates that plaintiff and Henderson have reached a resolution and agree that plaintiff's claims against Henderson "shall be dismissed with prejudice."[1] *Id.*

Good cause appearing, and in light of the parties' compliance with LR 7-1(c), plaintiff and Henderson's joint motion is granted.

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] Plaintiff indicates that he will continue to litigate his claims against the remaining defendants to this action.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff and Henderson's joint motion to dismiss (ECF No. 77) be, and the same hereby is, GRANTED.

IT IS SO ORDERED.

DATED August 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**