Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
MCLETCHIE LAW
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300

Jennifer L. Braster, NBN 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD WHEELER, an individual, | CASE NO. 2:15-cv-1772-JCM-DJA |
| Plaintiff, | **<u>ORDER FOR 45-DAY STAY FOR SETTLEMENT NEGOTIATIONS</u>** |
| vs. | |
| CITY OF HENDERSON, a Nevada Municipal Corporation; CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation, SERGEANT TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Officer, | |
| Defendants. | |

Plaintiff EDWARD WHEELER, and Defendants CITY OF NORTH LAS VEGAS and SERGEANT TRAVIS SNYDER (collectively referred to as "the NLV Defendants") by and through their respective counsel or record, stipulate to stay the above-captioned matter and vacate the case deadlines and current trial setting. This is the parties' second request to stay the matter.

The parties to this action, by their respective counsel, having agreed to the following, and for good cause shown, hereby stipulate and agree to stay this case for forty-five (45) days for settlement negotiations. The parties have agreed to the material terms of

1

settlement but final approval is needed the City of North Las Vegas City Council.

The stay period will commence the day following the entry of this Court's order in this regard. The parties further stipulate that, in the event that the City of North Las Vegas City Council does not approve the settlement (which is not anticipated), the parties will submit a revised scheduling order, accounting for a 45-day extension of time and the time spent negotiating the settlement.

The parties wish to avoid any unnecessary litigation costs that could arise in conjunction with litigating this matter before the Court, which would make the current settlement untenable. For these reasons, the parties request that this Court enter its order staying this case for forty-five (45) days.

DATED this 23rd day of August, 2019.　　　DATED this 23rs day of August, 2019.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**　　　**MCLETCHIE LAW**

*/s/ Robert W. Freeman, Jr.*
Robert W. Freeman, Jr., NBN 3062
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorney for Defendants, City of North Las Vegas and Sergeant Travis Snyder*

*/s/ Margaret A. McLetchie*
Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
　　and
**NAYLOR & BRASTER**
Jennifer L. Braster, NBN 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Plaintiff, Edward Wheeler*

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of August, 2019.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2